UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

UNITED STATES OF AMERICA, *ex rel.*
SATISH K. DESHPANDE, M.D., and the
STATE OF NEW YORK, *ex rel.*
SATISH K. DESHPANDE, M.D.,

        Plaintiffs,

vs.

THE JAMAICA HOSPITAL MEDICAL CENTER; TJH
MEDICAL SERVICES, P.C.; MEDISYS
MANAGEMENT, L.L.C.; ANTHONY DIMARIA,
M.D.; and THOMAS SANTUCCI, JR., M.D.,

        Defendants.

----------------------------------X

Civil Action No.
13-CV-4030

(Johnson, J.)
(Orenstein, M.J.)

**JOINT STIPULATION OF DISMISSAL**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 08 2017 ★
BROOKLYN OFFICE

WHEREAS, Relator Satish Deshpande filed the above-referenced action in the United States District Court for the Eastern District of New York, in which he asserted claims on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3729 *et seq.*;

WHEREAS, in accordance with 31 U.S.C. § 3730(b), Relator's complaint was deemed sealed for a period of at least sixty days from the date of service of Relator's disclosure material on the United States, and the seal and intervention deadline were subsequently extended by Court order;

WHEREAS, on September 7, 2017, the United States filed its Notice of Partial Intervention in this action and on September 12, 2017, the Court entered an Order unsealing this matter;

*Joint Stipulation of Dismissal – 13-CV-4030 (Johnson, J.)*

WHEREAS, Relator and the United States entered into a Settlement Agreement on August 31, 2017 ("Settlement Agreement") with, among others, defendants Jamaica Hospital Medical Center and TJH Medical Services, P.C.; Medisys Management, L.L.C. (collectively "Medisys");

WHEREAS, in the Settlement Agreement, the United States and Relator agreed that when Medisys made the initial payments toward the settlement amounts, the United States would submit a stipulation of dismissal as to the claims against Medisys;

WHEREAS, Medisys has made its initial payments pursuant to the Settlement Agreement;

WHEREAS, Relator seeks to voluntarily dismiss all remaining claims in this action;

WHEREAS, the United States consents to Relator's dismissal of all remaining claims in this action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Relator's counsel and the undersigned counsel for the United States that:

1. All claims in this action are dismissed with prejudice as to Relator.

2. Claims designated as Covered Conduct in the Settlement Agreement are dismissed with prejudice as to the United States.

3. All other claims contained in Relator's Complaint are dismissed without prejudice as to the United States.

*Joint Stipulation of Dismissal – 13-CV-4030 (Johnson, J.)*

                                                    BRIDGET M. ROHDE
                                                  Acting United States Attorney
                                                  Eastern District of New York

Dated:  Brooklyn, New York     By:   */s/ Kenneth M. Abell*
          September 14, 2017              Kenneth M. Abell
                                                  Assistant United States Attorney
                                                  271 Cadman Plaza East
                                                  Brooklyn, New York 11201


Dated:  White Plains, NY            YANKWITT LLP
          September 14, 2017              140 Grand Street, Suite 501
                                                  White Plains, New York 10601

                                    By:   */s/ Kathy S. Marks*
                                                 KATHY S. MARKS
                                                 Attorney for Relator
                                                 (914) 686-1500


**SO ORDERED**                                    **SO ORDERED**
                                                          on this ___3___ day of _November_ 20 17
On this _____ day of _____, 2017.
                                                          /s/ USDJ STERLING JOHNSON, JR.
_____     STERLING JOHNSON, JR., SENIOR U.S.D.J.
HONORABLE STERLING JOHNSON
United States District Judge

3